■ ROGER JAKUBOWSKI, Respondent, v NORA BEVERAGES, INC., Appellant. [652 NYS2d 970] —Order, Supreme Court, New

York County (Stuart Cohen, J.), entered on or about October 11, 1995, unanimously affirmed for the reasons stated by Cohen, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger and Tom, JJ.